# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153309(112)(113)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SC: 153309
COA: 321551
Genesee CC: 13-033003-FC

ANDREW MAURICE RANDOLPH,
　　　　　Defendant-Appellant.

_____/

　　　　　On order of the Court, the motion for immediate consideration is GRANTED. The motion to expand the grounds for review is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017

Clerk

s0905